In re Edwards, Lillian Scott; Leesville, City of; Edwards, Willie Joe; Dais, Annie Ruth Edwards; Edwards, Eddie L.; Jenkins, Betty Rose Edwards; Edwards, Ned C.; Mines, Jennie Louise Edwards; Edwards, James; Edwards, Tommy Joe; Sullivan, Zerlene Martin; Martin, Roosevelt; applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. 84-166; Parish of Vernon, 30th Judicial District Court, Div. “B”, No. 32614.
Prior report: La.App., 465 So.2d 263.
Denied.